DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '09 APR 27 14:17 USDC-ORP

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Julia Stone**

**Plaintiff,**

**vs.**

                                  **Civil No. 06-cv-40-JO**
                                  **Appellate Court No. 07-35076**

**Commissioner of Social Security**

                                  **ORDER GRANTING AWARD**
**Defendant.**                  **OF EAJA FEES**

*/motion (#25)*

Pursuant to/Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.06, costs in the amount of $11.80, and attorney's fees in the amount of $6949.53, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this _27_ day of _april_, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**